DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT ALLEN TRIBBLE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0194

[April 30, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 43-2011-CF-000684A.

Robert Allen Tribble, Perry, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. Jackson v. State*, No. 4D2024-0819, 2025 WL 1119094 (Fla. 4th DCA Apr. 16, 2025).

WARNER, DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***